

No. 87–6179. QUEENAN v. MICHIGAN. Ct. App. Mich. Certiorari denied. 
██

No. 87–6180. QUEENAN v. MICHIGAN. Ct. App. Mich. Certiorari denied. 
██

No. 87–6181. OLIM v. OKLAHOMA DEPARTMENT OF PUBLIC SAFETY. C. A. 10th Cir. Certiorari denied.

No. 87–6182. LEMONS v. LYNAUGH, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 87–6184. COLE v. LANE, DIRECTOR, ILLINOIS DEPARTMENT OF CORRECTIONS. C. A. 7th Cir. Certiorari denied. ██

No. 87–6188. TOWNES v. CHEVRON GULF CORP. ET AL. C. A. 4th Cir. Certiorari denied. 
██

No. 87–6191. FERNG v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 87–6192. GOMEZ-VIGIL, AKA DIA v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 
██

No. 87–6199. BARATA-JIMENEZ v. UNITED STATES. C. A. 4th Cir. Certiorari denied. 

No. 87–6200. DREER v. UNITED STATES. C. A. 11th Cir. Certiorari denied. 

No. 87–6201. THOMAS v. RAFFERTY, WARDEN, ET AL. C. A. 3d Cir. Certiorari denied. 

No. 87–6202. CHASE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 87–6205. WATSON v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 87–6206. HOLZER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.